ACCEPTED
01-14-00493-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
11/16/2015 12:00:00 AM
CHRISTOPHER PRINE
CLERK

NO. 01-14-00493-CR

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
11/16/2015 10:09:00 AM
CHRISTOPHER A. PRINE
Clerk

# IN THE COURT OF APPEALS

# OF TEXAS

# FIRST SUPREME JUDICIAL DISTRICT

## LUIS RUIZ SIERRA, APPELLANT

## VS.

## STATE OF TEXAS, APPELLEE

# MOTION FOR EXTENSION OF TIME
# WITHIN WHICH TO FILE APPELLANT'S BRIEF

**TERRENCE GAISER
LAWYER FOR APPELLANT
2900 SMITH STREET, # 220
HOUSTON, TEXAS 77006
SBOT# 07572500
713/ 225-0666
tagaiser@aol.com**

# NO. 1396147

STATE OF TEXAS  §  IN THE DISTRICT COURT
§
VS.  §  HARRIS COUNTY,TEXAS
§
LUIS RUIZ SIERRA  §  182ND JUDICIAL DISTRICT

## MOTION FOR EXTENSION OF TIME
## WITHIN WHICH TO FILE APPELLANT'S BRIEF

NOW COMES LUIS RUIZ SIERRA, appellant in the above-captioned cause, by and through his attorney, TERRENCE GAISER, and files his Motion for Extension of time within which to file Appellant's Brief; for which he would show:

1) This is an appeal from a conviction for the offense of burglary of a habitation with the intent to commit the felony of sexual assault. Punishment was assessed at thirty years confinement. Notice of appeal and the certification of appellant's right to appeal were timely filed.

2) This is the second requested extension of time. The brief was due October 30, 2015.

3) Appellant would request an extension of time to file the brief to and including the 16th day of November, 2015.

4) For good cause counsel for the appellant would show that he has not had time to complete the brief in this cause for the following reasons:

5) For good cause counsel for the appellant would show that he has not had

1

time to complete the brief in this cause for the following reasons:

a) Counsel has been in trial continuously in the death penalty trial in the State of Texas v. William Michael Mason, Cause Number 0620074, in the 228th District Court, since Monday, October 12, 2015. This trial is not expected to end until November 20, 2015.

b) Counsel is filing the brief contemporaneously with this motion.

c) Counsel has prepared and filed a brief in the capital murder case of Adrian Gomez v. State of Texas, Cause Number 01-15-00383-CR, on October 30, 2015,

d) Counsel is begging the Court for one final extension to complete and file this brief.

c) Counsel has other briefs due in this Court and the 1st Court that he is trying to complete.

WHEREFORE, PREMISES CONSIDERED, Appellant prays for an extension of time to file the Appellant's Brief to and including November 16, 2015.

RESPECTFULLY SUBMITTED,
S/Terrence A. Gaiser
TERRENCE A. GAISER
2900 SMITH STREET, # 220
HOUSTON, TEXAS 77006
SBOT# 07572500
tagaiser@aol.com

2

## CERTIFICATE OF SERVICE

I CERTIFY THAT A COPY OF THE ABOVE AND FOREGOING MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE APPELLANT'S BRIEF WAS SERVED ON ALL PARTIES ACCORDING TO THE RULES.

S/Terrence A. Gaiser
TERRENCE A. GAISER